UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDDIE EARL HENDRICKSON JR.,<br><br>    Defendant. | Case: 4:26-cr-20332<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 05-27-2026<br>Violations:<br>18 U.S.C. § 922(g)(1) |

---

## INDICTMENT

---

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Felon in possession of a firearm**
**18 U.S.C. § 922(g)(1)**

On or about March 9, 2026, in the Eastern District of Michigan, EDDIE

EARL HENDRICKSON JR., knowing he had been convicted of an offense

punishable by a term of imprisonment exceeding one year, knowingly possessed,

in and affecting commerce, a firearm, that is, one Taurus 605 .38 Special, in

violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-

alleged and incorporated by reference for the purpose of alleging forfeiture

1 of 2

pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of any offense in violation of Title 18, United States Code, Sections 922(g), the defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense.

Dated:  May 27, 2026

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney


s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/Roy R. Kranz
ROY R. KRANZ   (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
Roy.Kranz@usdoj.gov

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

☐ **Yes**          x **No**

Case: 4:26-cr-20332
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 05-27-2026

**Case Title:** USA v.  Eddie Earl Hendrickson, Jr.

**County where offense occurred:**  Genessee

**Check One:** **X** **Felony**        __ **Misdemeanor** __ **Petty**

___X___Indictment/___Information ---  **no** prior complaint.
_____Indictment/___Information ---  based upon prior complaint []
_____Indictment/___Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐       Corrects errors; no additional charges or defendants.
☐       Involves, for plea purposes, different charges or adds counts.
☐       Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:   May 27, 2026

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:   P56903

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.